# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

m 99-40771

_____

FRANCIS N. TERRELL,

Plaintiff-Appellee,

VERSUS

UNIVERSITY OF NORTH TEXAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(4:97-CV-201)

_____

September 1, 2000

Before SMITH and DENNIS, Circuit
Judges, and ROETTGER, District Judge.[*]

PER CURIAM:[**]

The University of North Texas appeals a

---

[*] District Judge of the Southern District of
Florida, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under the
limited circumstances set forth in 5TH CIR. R.
47.5.4.

judgment on a jury verdict in this title VII race
discrimination employment case brought by
Francis Terrell. We conclude, first, that the
notice of appeal was timely, so we do have
appellate jurisdiction.

We have examined the briefs and pertinent
portions of the record. We find no reversible
error in any of the actions taken by the district
court.

Specifically, we conclude that the evidence
was sufficient for the jury to find race discrim-
ination. Regarding the sufficiency of the evi-
dence to establish mental anguish, the issue

was waived by failure to object to the jury submission. There was no error in the submission regarding motivating factor. Moreover, the defendant failed to request an instruction on mixed motive, so that issue is waived.

AFFIRMED.